UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

PABLO PANET-COLLAZO,

    Plaintiff

v.                                   Civ. No. 97-1605(PG)
                                     (Cr. No. 90-359(PG))
UNITED STATES OF AMERICA,

    Defendant

### O R D E R

The matter before the Court is the U.S. Magistrate Judge's report and recommendation. (Docket No.16) Petitioner, Pablo Panet Collazo filed a motion in support of the magistrate's report and recommendation. (Docket No.17)

All the parties agree with the magistrate judge's recommendation that Panet Collazo's second or successive section 2255 petition be transferred to the United States Court of Appeals for the First Circuit pursuant to 28 U.S.C. §1631.

Accordingly, the Court hereby **APPROVES** and **ADOPTS** the magistrate judge's report and recommendation and in accordance therewith, **ORDERS** that this case be transferred to the First Circuit Court of Appeals.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 2, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

