ENTERED ON DOCKET
9/10/99 PURSUANT
TO FRCP RULES 58 & 79

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| PABLO PANET-COLLAZO, | |
| Petitioner | |
| v. | Civ. No. 97-1605(PG) |
| | (Cr. No. 90-359(PG)) |
| UNITED STATES OF AMERICA, | |
| Respondent | |

RECEIVED & FILED
99 SEP 10 PM 1:25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

## JUDGMENT

The Court having entered an order transferring this case to the U.S. Court of Appeals for the First Circuit, it is hereby

**ORDERED AND ADJUDGED** that the case is transferred to the U.S. Court of Appeals for the First Circuit and the case is **CLOSED**.

San Juan, Puerto Rico, September 10, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

s/c: CCA
(3)

AO 72A
(Rev.8/82)